IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ERIK MORI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number 1:11-CV-01324 |
| | ) | |
| **EAST SIDE LENDERS, LLC, ET AL.,** | ) | Hon. John Robert Blakey |
| | ) | Mag. Hon. Sidney I. Schenkier |
| Defendants. | ) | |

**DEFENDANTS' EAST SIDE LENDERS, LLC'S AND MICHAEL LUXENBERG'S
<u>UNOPPOSED AMENDED MOTION TO CONFIRM ARBITRATION AWARD</u>**

**COME NOW** defendants East Side Lenders, LLC and Michael Luxenberg, by and through their attorneys, without opposition, and hereby move this Honorable Court enter its order confirming the Final Award entered in the arbitration of this matter and accordingly enter judgment herein, pursuant to 9 U.S.C. §9, in the form being submitted to the Court by the undersigned pursuant to this Court's Case Management Procedures.

**THE MURPHY LAW FIRM**

By <u>s/ Mark D. Murphy</u>
**MARK D. MURPHY**, KS #13129
mmurphy@mlf-llc.com
13725 Metcalf Avenue, Suite 312
Overland Park, Kansas 66223
(913) 647-8090
Fax (913) 667-2435

Attorneys for Defendants East Side Lenders, LLC
And Michael Luxenberg

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March 2015, service of the foregoing was accomplished pursuant to ECF as to Filing Users and shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

     /s Mark D. Murphy
Attorney for Defendants East Side Lenders, LLC
And Michael Luxenberg